# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Piersol, Lawrence L | U.S. District Court, SD | 06/08/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Federal Courthouse, Suite 202 <br> 400 South Phillips Avenue <br> Sioux Falls, SD 57104-6851 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Federal Judges Association |
| 2. | Director | The Foundation for the Advancement of an Independent Judicary and the Rule of Law, a charitable foundation |
| 3. | Director | John T. Vucurevich Foundation, a charitable foundation |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2007 JUN 13 A 10: 39 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | John T. Vucureich Foundation - Director Fees | $ 1,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | self-employed Law Practice and service as a director of Bush Charitable Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Federal Judges Association | Travel expenses reimbursed by the Federal Judges Association for travel as Director: May 6-9, August 30-31, 2006. |
| 2. John T. Vucurevich Foundation | Travel expenses reimbursed by John T. Vucurevich Foundation for travel as Board Member: February 2, June 22-23, December 8, 2006. |
| 3. | |
| 4. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L | 06/08/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L | 06/08/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Bank and Trust | Note&Mortgage: Farm, commercial properties | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. National Housing Partnership | A | Dividend | J | W | | | | | |
| 2. Farm #1 (▮▮▮▮▮) | C | Rent | N | W | | | | | |
| 3. The Equitable - (IRA) | A | Dividend | J | T | | | | | |
| 4. Merrill Lynch Latin America Fund (IRA) | A | Dividend | K | T | | | | | |
| 5. The Equitable, IRA | | None | J | T | | | | | |
| 6. Merrill Lynch Latin America Fund IRA | | None | K | T | | | | | |
| 7. IBM | A | Dividend | K | T | | | | | |
| 8. Verizon Communications | A | Dividend | J | T | | | | | |
| 9. Viacom Inc. | A | Dividend | J | T | | | | | |
| 10. American Express Co. | A | Dividend | J | T | | | | | |
| 11. Bristol-Myers Squibb | A | Dividend | K | T | | | | | |
| 12. Ford Mtr. Co. Del. | A | Dividend | J | T | | | | | |
| 13. General Electric Corp. | A | Dividend | J | T | | | | | |
| 14. RJR Nabisco Group | A | Dividend | J | T | | | | | |
| 15. Safeway | A | Dividend | J | T | | | | | |
| 16. Associates First Cap. | A | Dividend | J | T | | | | | |
| 17. Charles Schwab Co. Money Market ▮ | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L | 06/08/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Checking Account, First Bank | A | Interest | J | T | | | | | |
| 19. Checking Account, (2) Sioux Falls | A | Interest | J | T | | | | | |
| 20. Real property, ████████ | | None | L | W | | | | | |
| 21. Mutual Beacon Fund | B | Dividend | M | T | | | | | |
| 22. Sogen Overseas Fund (now called First Eagle Overseas Fund) | A | Dividend | M | T | | | | | |
| 23. Schwab Money Market | A | Interest | K | T | | | | | |
| 24. Money Market Acct. | D | Interest | K | T | | | | | |
| 25. Commercial Property Parcel 1 ████ | F | Rent | O | W | | | | | |
| 26. Commercial Property Parcel 2 ████ | E | Rent | N | W | | | | | |
| 27. Capital Guardian Trust (Closed End Mutual Fund) | C | Dividend | M | T | | | | | |
| 28. Merrill Lynch Money Market | D | Interest | J | T | | | | | |
| 29. Templeton Dragon Fund | A | Dividend | J | T | | | | | |
| 30. Apartment Interest ████ | E | Rent | N | W | | | | | |
| 31. Mutual Discovery Fund | A | Dividend | L | T | | | | | |
| 32. Exxon Stock | B | Dividend | K | T | | | | | |
| 33. Vanguard Total Stock Mkt Idx Adm | E | Dividend | N | T | | | | | |
| 34. Vanguard High-Yield Corp Fund Inv | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L | 06/08/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Farm #2 ▓▓▓▓▓ | D | Rent | M | W | | | | | |
| 36. Commercial Property #3 ▓▓▓▓ | | None | O | W | | | | | |
| 37. Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 38. Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 39. SBC Communications, Inc. (X) | A | Dividend | K | T | | | | | |
| 40. Bell South Corp. (X) | A | Dividend | K | T | Sell | 3-22 | K | D | |
| 41. Dominion Resources (X) | A | Dividend | J | T | | | | | |
| 42. Excelsior Income Shares (X) | A | Dividend | J | T | | | | | |
| 43. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 44. LG&E Energy Corp. (X) | A | Dividend | J | T | | | | | |
| 45. Merck & Co., Inc. (X) | A | Dividend | J | T | | | | | |
| 46. Excel (Northern States Power) (X) | B | Dividend | K | T | Sell | 3-22 | K | B | |
| 47. PG&E Corp. (X) | A | Dividend | J | T | Sell | 3-22 | J | B | |
| 48. Public Service Ent.Gp. (X) | A | Dividend | K | T | Sell | 3-22 | K | B | |
| 49. Reliant Energy (X) | A | Dividend | J | T | Sell | 3-22 | J | A | |
| 50. Microsoft | A | Dividend | K | T | | | | | |
| 51. Cisco System, Inc. Co. | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L | 06/08/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Berkshire Hathaway B | A | Dividend | M | T | | | | | |
| 53. Visteon Corp. (X) | A | Dividend | J | T | | | | | |
| 54. Ameriprise Fin. Inc. (X) | A | Dividend | J | T | | | | | |
| 55. Zimmer Hlds Inc. (X) | A | Dividend | J | T | | | | | |
| 56. Cornerstone Total Return (X) | A | Dividend | J | T | Sell | 3-22 | J | A | |
| 57. AT&T (X) | A | Dividend | K | T | Sell | 3-22 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L | 06/08/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII.  INVESTMENTS AND TRUSTS:

Item 36 in the 2005 report indicated ████████████████  It should be ████████████
Items 56 and 57 were inadvertently omitted from previous reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L | 06/08/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____  Date June 8, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544